<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1648**

NOVELLA J. MCKEEVER,

           Plaintiff – Appellant,

    v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:09-cv-00339-JRS)

Submitted: February 10, 2011      Decided: March 15, 2011

Before WILKINSON, NIEMEYER, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Henry Cuthbert, Jr., CUTHBERT LAW OFFICES, Petersburg, Virginia, for Appellant. Eric Kressman, Regional Chief Counsel, Stephen Giacchino, Supervisory Attorney, Ameenah Lloyd, Assistant Regional Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Neil H. MacBride, United States Attorney, Robin Perrin Meier, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Novella J. McKeever appeals the district court's order affirming the Commissioner's decision to deny McKeever a period of disability and disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2006); Johnson v. Barnhart, 434 F.3d 650, 653 (4th Cir. 2005) (per curiam). We have thoroughly reviewed the parties' briefs, the administrative record, and the materials submitted in the joint appendix, and we find no reversible error. Accordingly, we affirm. See McKeever v. Comm'r of Soc. Sec., No. 3:09-cv-00339-JRS (E.D. Va. April 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED